UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JEANNINE KREPINEVICH,

                          Plaintiff,

  -against-

JP MORGAN CHASE BANK, et al.,

                          Defendants.
----------------------------------------------------------------X

JUDGMENT
03-CV-4539 (SLT)

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on August 3, 2005, adopting and affirming the Report and Recommendation of Magistrate Judge James Orenstein, dated April 14, 2005; and dismissing the complaint with prejudice based on plaintiff's failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge James Orenstein is adopted and affirmed; and that the complaint is dismissed with prejudice based on plaintiff's failure to prosecute.

Dated: Brooklyn, New York
         August 03, 2005

                                               ROBERT C. HEINEMANN
                                               Clerk of Court